UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) CASE NO. CR17-203-JCC |
| Plaintiff, | )<br>) |
| v. | )<br>) DETENTION ORDER |
| STACIA QUARTO, | )<br>) |
| Defendant. | ) |

<u>Offense charged</u>:   Conspiracy to Commit Bank Fraud; Aggravated Bank Fraud

<u>Date of Detention Hearing</u>:   September 5, 2017.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

### FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.   Defendant has been indicted in this District on charges related to an alleged scheme of several years duration in which the alleged co-conspirators stole wallets from victim

individuals, using the identification to fraudulently access the victims' bank accounts. The conspiracy is alleged to have caused a loss to individuals and financial institutions in this District in an amount exceeding $230,000. The Indictment alleges other victim individuals and financial institutions lost an additional amount exceeding $500,000. The AUSA proffers that the proceeds of the conspiracy allegedly received by defendant have not been identified or seized.

2. Defendant has no ties to this District, and is not employed. She receives Supplemental Security Income. She was interviewed by Pretrial Services in the District of New Mexico, but declined an interview in this District. She has been residing in New Mexico, although the AUSA proffers that she was planning to move. Defendant's criminal record includes failures to appear for court hearings and theft-related charges.

3. Defendant poses a risk of nonappearance based on unemployment, unstable residence, lack of ties to this District, past non-compliance with court orders, prior failures to appear and violation of bail bonds, and unknown substance use and mental health history. Defendant poses a risk of danger based on the nature of the offense, unknown substance use, and criminal history.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from

01     persons awaiting or serving sentences or being held in custody pending appeal;

02 2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

03 3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

07 4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

    DATED this 5th day of September, 2017.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge