The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STACIA QUARTO, <br><br> Defendant. | No. CR17-0203-JCC <br><br> ORDER OF FORFEITURE |

This matter comes before the Court on the United States' motion for an order of forfeiture seeking to forfeit to the United States Defendant Stacia Quarto's interest in the following property:

- A judgment for a sum of money in the amount of $45,000, representing any property that constitutes or is derived from proceeds the Defendant obtained directly or indirectly as the result of the violation set forth in Count 1 of the Indictment.

Having reviewed the papers and pleadings filed in this matter, the Court hereby FINDS that entry of an Order of Forfeiture is appropriate because:

- Defendant was charged by an Indictment that included an allegation for forfeiture providing notice that the United States was seeking, pursuant to 18 U.S.C.

§ 982(a)(2)(A), the forfeiture of property including, but not limited to, a sum of money of an amount representing any property that constitutes or is derived from proceeds Defendant obtained directly or indirectly as the result of the violation set forth in Count 1 of the Indictment (Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349) (Dkt. No. 48);

- On March 19, 2018, Defendant entered pled guilty to Counts 1 and 12 of the Indictment, charging, respectively: Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349; and Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A (Dkt. No. 136 at 1);

- In her Plea Agreement, Defendant acknowledged that she obtained at least $45,000 in proceeds as a result of the bank fraud conspiracy charged in Count 1 of the Indictment (*Id.* at 6);

- Defendant agreed, pursuant to the Plea Agreement, to forfeit a sum of money in the amount of at least $45,000, which represents any and all property that constitutes, or is derived from, proceeds Defendant obtained as the result of the violation charged in Count 1 of the Indictment (*Id.* at 9);

- The evidence in the record, including information contained within the Plea Agreement, has established the requisite nexus between the above-described sum of money and the offense of conviction, pursuant to Federal Rule of Criminal Procedure 32.2(b)(1)(B); and

- No ancillary proceeding is required to the extent that the forfeiture consists of a judgment for a sum of money representing proceeds obtained as the result of the charged offense, pursuant to Federal Rule of Criminal Procedure 32.2(c)(1).

//

//

//

NOW, THEREFORE, THE COURT ORDERS:

1. Pursuant to 18 U.S.C. § 982(a)(2)(A) and the Plea Agreement, Defendant's interest in a sum of money in the amount of $45,000 is fully and finally forfeited, in its entirety, to the United States;

2. No right, title, or interest in the above-described sum of money exists in any party other than the United States;

3. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4)(A)–(B), this Order will become final as to Defendant at the time she is sentenced, will be made part of the sentence, and it will be included in the judgment;

4. Pursuant to Federal Rule of Criminal Procedure 32.2(e), in order to satisfy the judgment for the above-described sum of money of $45,000 in whole or in part, the United States may move to amend this Order, at any time, to substitute property having a value not to exceed $45,000; and

5. This Court will retain jurisdiction in this case for the purpose of enforcing this Order.

The Clerk of Court is DIRECTED to serve a copy of this order of forfeiture on all parties of record.

DATED this 31st day of July 2018.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE